JEAN B. TODD, Appellant, *v.* FREDERICK B. PRATT,
Respondent.

*Todd* v. *Pratt*, 149 App. Div. 459, affirmed.
(Argued January 20, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered March 8, 1912, affirming a judgment in favor of
defendant entered upon an order of Special Term grant-
ing his motion for judgment upon the pleadings in an
action to recover for an alleged breach of contract to con-
vey real property.

*F. J. Gardenhire* and *Samuel M. Gardenhire* for
appellant.

*W. Cleveland Runyon* and *Francis L. Noble* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch., J., WERNER, CHASE,
COLLIN, CUDDEBACK and HOGAN, JJ.     Not sitting:
MILLER, J.